```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                   CASE NO. 11-14064-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**MATTHEW EUGENE CLARK,**

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on July 24, 2017.

Magistrate Judge Shaniek N. Maynard held a Evidentiary Hearing was held on August 21, 2017 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of September, 2017.

                                    _____

                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

Copied: Diana Acosta, AUSA
        Fletcher Peacock, AFPD
        Robert Tango, USPO