**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 11-CR-14064-DLG-1

UNITED STATES OF AMERICA,

v.

MATTHEW EUGENE CLARK,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

    **THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard, and a Report and Recommendation was filed on April 14, 2022, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

    **ORDERED AND AJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [D.E. 89] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety.** It is further

    **ORDERED AND AJUDGED** that Defendant Matthew Eugene Clark, is found to have violated his supervised release with respect to Violation Numbers 1, 2, 5, 6, 8, 11, 12, 13, 14, 15, and 16 of the Petition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this <u>13th</u> day of June, 2022.

<u>s/ Donald L. Graham</u>
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record