UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14064-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW EUGENE CLARK,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON
## DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 2, 5, 6, 7, 10, AND 13

    **THIS CAUSE** came before me on May 8, 2023. Having conducted a hearing, I recommend as follows:

    1. A Petition for Warrant or Summons for Offender Under Supervision (the "Petition") was filed in this case on March 17, 2023. DE 95.

    2. The Defendant appeared before me for a hearing on the violations alleged in the Petition. The Defendant indicated that he wished to admit Violation Numbers 1, 2, 5, 6, 7, 10, and 13. I advised the Defendant of his right to have the District Judge assigned to this case accept his admissions. I advised that I was conducting the hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but

could request a United States District Judge to take his admissions instead. The Defendant consented and agreed on the record to have a United States Magistrate Judge accept his admissions.

3. The Defendant admitted Violation Numbers 1, 2, 5, 6, 7, 10, and 13 as set forth in the Petition. The Government agreed to dismiss Violation Numbers 3, 4, 8, 9, 11, and 12.

4. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

5. I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understood his rights in that regard and further understands that if his admissions are accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6. The Government relied on the facts set forth in each of the violations as the factual basis to support Defendant's admissions. The Defendant agreed that these facts are true and correct, and the Government could prove these facts if a hearing were held in this matter. Having reviewed the facts set forth in the Petition and the Defendant's admission thereto, I find that there is a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1, 2, 5, 6, 7, 10, and 13.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1, 2, 5, 6, 7, 10, and 13 of the Petition, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule

59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>8th</u> day of May, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE